# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

HILLIARD TOI CLIATT,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,
LAWRENCE GUERRA, individually,
and SIX UNKNOWN FBI AGENTS,

    Defendants.

Civil Action

File No. 1:19-cv-4180-JPB

## ORDER ALLOWING EARLY DISCOVERY TO IDENTIFY AGENTS

Plaintiff having moved *ex parte* for an order allowing them to conduct discovery to ascertain the identity of the agents described in his Complaint who are unknown to Plaintiff but known to the government, and Plaintiff having shown good cause, IT IS HEREBY ORDERED as follows:

1. Plaintiff is permitted to issue subpoena(s) to the FBI to provide documentation which shows the names of each officer involved in the raid; and

2. The FBI is ORDERED to respond to the subpoena(s) by providing documents showing the names of each officer involved in the raid, with a compliance date of October 18, 2019.

**IT IS SO ORDERED** this _____ day of October, 2019.

_____

**J. P. Boulee**
United States District Judge